IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>PEGASO ENERGY SERVICES, LLC,<br>    Garnishee,<br><br>and<br><br>DERRICK BLEDSOE,<br>    Defendant. | Case No. 2:23-cv-02263-JPM-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the Plaintiff's Motion to Terminate Wage Garnishment and Dismiss Case Without Prejudice, filed June 18, 2024 (ECF No. 13), and the Court having entered an Order of Dismissal Without Prejudice and Termination of Wage Garnishment (ECF No. 14),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is **DISMISSED WITHOUT PREJUDICE**. The order of garnishment in this action is **TERMINATED**.

**APPROVED:**

/s/ Jon P. McCalla
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE

June 24th, 2024
Date